IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:25-CV-229-BO-KS

| | | |
|---|---|---|
| TORENA EUGENIA SORRELL-JAMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| PRODIGY CONSULTING GROUP, and | ) | |
| MAXSIP TELECOM, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the memorandum and recommendation (M&R) of

United States Magistrate Judge Kimberly A. Swank. [DE 5]. No party has filed an objection to the

M&R and the time for doing so has passed. In this posture, the matter is ripe for disposition.

"The Federal Magistrates Act requires a district court to make a de novo determination of

those portions of the magistrate judge's report or specified proposed findings or recommendations

to which objection is made." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315

(4th Cir. 2005) (cleaned up) (emphasis omitted); *see also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P.

72(b)(3). A party's objections must be made "with sufficient specificity so as reasonably to alert

the district court of the true ground for the objection." *United States v. Midgette*, 478 F.3d 616,

622 (4th Cir. 2007). "[W]hen reviewing pro se objections to a magistrate's recommendation,

district courts must review de novo any articulated grounds to which the litigant appears to take

issue." *Elijah v. Dunbar*, 66 F.4th 454, 460–61 (4th Cir. 2023). Where no specific objections have

been filed, the court reviews for clear error only. *Dunlap v. TM Trucking of the Carolinas, LLC*,

288 F. Supp. 3d 654, 662 (D.S.C. 2017). On clear error review, the court has no obligation to

Case 4:25-cv-00229-BO-KS    Document 6    Filed 05/04/26    Page 1 of 2

explain its reasoning for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983).

Magistrate Judge Swank recommended that plaintiff's application to proceed in forma pauperis [DE 2] be denied. The Court has reviewed the M&R for clear error and finds none. Accordingly, the Court adopts the M&R in full.

CONCLUSION

For the foregoing reasons, the M&R [DE 5] is ADOPTED in full. Plaintiff's application to proceed in forma pauperis [DE 2] is DENIED. The Clerk is directed to close this case unless plaintiff pays the requisite filing fee by May 11, 2026.

SO ORDERED, this ____ day of May 2026.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2